UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
  OLASUPO OGUNMOKUN,

                Plaintiff,                                 **ORDER**
                                                                12-CV-4403 (RRM) (JO)

     - against -

  AMERICAN EDUCATION
  SERVICES/PHEAA, XPRESS LOAN
  SERVICING a.k.a. CIT GROUP, RICHARD A.
  PREISIG/UNIVERSITY STUDENT SERVICES,

                Defendant.
----------------------------------------------------------X

ROSLYNN R. MAUSKOPF, United States District Judge

      On August 31, 2012, *pro se* Plaintiff Olasupo Ogunmokun filed the above-captioned action against a number of defendants, including Defendant Richard A. Preisig/University Student Services. Plaintiff was granted leave to proceed *in forma pauperis* and summons were issued on September 10, 2012.

      On February 13, 2012, noting that several defendants had not yet been served, the Court ordered Plaintiff to effect service within 30 days or the action would be dismissed without prejudice as to those unserved defendants. On March 18, 2013, Magistrate Judge Orenstein granted Plaintiff a 30 day extension and ordered Plaintiff to effect service on Defendant Richard A. Preisig/University Student Services by April 17, 2013. To date, Plaintiff has failed to file an executed proof of service for Defendant Richard A. Preisig/University Student Services or otherwise respond to the Court's order.

      Accordingly, the complaint against Richard A. Preisig/University Student Services is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

1

The Clerk of Court is directed to mail a copy of this Order to plaintiff, and to note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
June 25, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge

2