UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OLASUPO OGUNMOKUN,

               Plaintiff,

    - against -

AMERICAN EDUCATION
SERVICES/PHEAA and XPRESS LOAN
SERVICING a.k.a. CIT GROUP,

               Defendants.
------------------------------------------------------------X

**JUDGMENT**
12-CV-4403 (RRM) (JO)

ROSLYNN R. MAUSKOPF, United States District Judge.

    Pursuant to a Memorandum and Order filed this day, it is hereby

    ORDERED ADJUDGED AND DECREED that all claims brought by Plaintiff Ogunmokun as against defendant PHEAA are dismissed in their entirety; and it is

    FURTHER ORDERED ADJUDGED AND DECREED that all claims brought under the Fair Credit Reporting Act by Plaintiff Ogunmokun as against defendant CIT a.k.a. XLS are dismissed in their entirety; and it is

    FURTHER ORDERED ADJUDGED AND DECREED that the Court declines to exercise supplemental jurisdiction over any remaining state law claims as to defendant CIT a.k.a. XLS.

                                                        SO ORDERED.

                                                        *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
        September 23, 2014           _____
                                              ROSLYNN R. MAUSKOPF
                                              United States District Judge